**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

**UNITED STATES OF AMERICA,**

**v.**

**DERECK WALKER,**

    **Defendant.**

**Criminal No. 09-063 (JDB/DAR)**

---

**ORDER**

Upon consideration of [27] the Report and Recommendation dated July 19, 2013, the absence of any objections thereto, and the entire record herein, it is hereby

**ORDERED** that the Report and Recommendation dated July 19, 2013, is adopted; it is further

**ORDERED** that defendant shall remain on supervised release for the term previously imposed at his sentencing hearing on September 29, 2010.

**SO ORDERED**.

      /s/
    JOHN D. BATES
United States District Judge

Dated: July 25, 2013